**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 248 EAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
JERMAINE SPENCER, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.